**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

<u>L.D. FITZGERALD</u> v. <u>TRONOX LLC f/k/a KERR-McGEE CHEMICAL LLC</u>
DATE: <u>October 18, 2006</u>                              CASE NO. <u>4:04-cv-00256-BLW-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
                      **Re: Joint Report Docket No. 152**

At Docket 152 the parties have filed a Second Joint Status Report on the status of this matter requesting an additional 60 days within which to consummate a tentative settlement.

IT IS HEREBY ORDERED THAT the Second Joint Status Report filed at Docket 152 is ACCEPTED.

IT IS FURTHER ORDERED THAT, if this action is not sooner terminated, the parties must file a joint report of the status not later than **December 18, 2006**.

[MO Rpt at Dkt 152.wpd]